CORBETT & STUART, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 11855.   Promulgated April 12, 1928.

*William Cogger, Esq.*, for the petitioner.
*A. C. Baird, Esq.*, for the respondent.

### OPINION.

SMITH: The question presented by this proceeding has been before the Board in *L. S. Ayers & Co.*, 1 B. T. A. 1135, wherein we held that the invested capital of a corporation might not be reduced in determining the extent to which a dividend is paid from current earnings of a year by a "tentative tax" theoretically set aside out of such earnings pro rata over such year. The position there taken was reaffirmed in *All America Cables, Inc.*, 10 B. T. A. 213. These decisions are controlling in this case.

> *Judgment will be entered on 15 days' notice, under Rule 50.*